# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTT SMITH,<br><br>*Plaintiff*,<br><br>v.<br><br>VIKING PLAZA REALTY GROUP, LLC,<br><br>*Defendant*. | Case No. 0:17-cv-03787-JNE-LIB |

## PLAINTIFF'S RULE 41(a)(1) NOTICE
## OF DISMISSAL WITH PREJUDICE

Plaintiff Scott Smith through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the above-captioned Defendant with prejudice. Because Defendant has neither served an Answer nor a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED: March 15, 2018

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805